AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| NEW YORK STATE TEAMSTERS COUNCIL HEALTH AND HOSPITAL FUND<br><br>*Plaintiff(s)*<br><br>v.<br><br>JAZZ PHARMACEUTICALS, INC., JAZZ PHARMACEUTICALS PLC, JAZZ PHARMACEUTICALS IRELAND LIMITED, et al.<br>See Attachment A<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  5:20-cv-04056-NC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JAZZ PHARMACEUTICALS, INC.- c/o CT Corporation System
818 West Seventh Street, Suite 930 Los Angeles, CA 90017

JAZZ PHARMACEUTICALS PLC - c/o CT Corporation System
818 West Seventh Street, Suite 930 Los Angeles, CA 90017

See Attachment A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Christina C. Sharp
Scott M. Grzenczyk
Girard Sharp LLP
601 California Street, Suite 1400
San Francisco, CA 94108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Susan Y. Soong

Date:    6/22/2020

*Susie F. Barrera*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   5:20-cv-04056-NC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                     _____
                                                           *Server's signature*

                                          _____
                                                           *Printed name and title*


                                          _____
                                                           *Server's address*

Additional information regarding attempted service, etc:

**<u>Attachment A to Summons</u>**

JAZZ PHARMACEUTICALS, INC.
c/o CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

JAZZ PHARMACEUTICALS PLC
c/o CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

JAZZ PHARMACEUTICALS IRELAND LIMITED
Monksland, Co.
Roscommon, Ireland
N37 AX84

HIKMA PHARMACEUTICALS PLC
c/o CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

ROXANE LABORATORIES, INC.
c/o CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

HIKMA PHARMACEUTICALS USA INC.
c/o CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

EUROHEALTH (USA), INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

AMNEAL PHARMACEUTICALS LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

PAR PHARMACEUTICAL, INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

LUPIN LTD.
B/4 Laxmi Towers
 Bandra-Kurla Complex, Bandra (E), Mumbai 400 051, India

LUPIN PHARMACEUTICALS INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

LUPIN INC.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801