Stephen Andrews (State Bar No. 205961)
**WILLIAMS & CONNOLLY LLP**
725 12th Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
sandrews@wc.com

*Attorney for Defendants Jazz Pharmaceuticals,
Inc. and Jazz Pharmaceuticals plc*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NEW YORK STATE TEAMSTERS COUNCIL HEALTH AND HOSPITAL FUND, <br><br> Plaintiff, <br><br> v. <br><br> JAZZ PHARMACEUTICALS, INC., JAZZ PHARMACEUTICALS PLC, JAZZ PHARMACEUTICALS IRELAND LIMITED, HIKMA PHARMACEUTICALS PLC, ROXANE LABORATORIES, INC., HIKMA PHARMACEUTICALS USA INC., EUROHEALTH (USA), INC., AMNEAL PHARMACEUTICALS LLC, PAR PHARMACEUTICAL, INC., LUPIN LTD., LUPIN PHARMACEUTICALS INC., AND LUPIN INC., <br><br> Defendants. | Case No. 3:20-cv-04056-VC <br><br> **STIPULATION REGARDING DEFENDANTS JAZZ PHARMACEUTICALS, INC. AND JAZZ PHARMACEUTICALS PLC'S DEADLINE TO RESPOND TO THE COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), plaintiff New York State Teamsters Council Health and Hospital Fund ("New York State Teamsters"), and defendants Jazz Pharmaceuticals, Inc. ("Jazz, Inc.") and Jazz Pharmaceuticals plc ("Jazz plc") (collectively, "Jazz")[1] stipulate as follows:

WHEREAS, the Complaint in the above-captioned matter was filed on June 18, 2020 (ECF No. 1);

WHEREAS New York State Teamsters served Jazz, Inc. with the Complaint on June 29, 2020;

WHEREAS New York State Teamsters purported to serve Jazz plc with the Complaint on or around June 29, 2020, but served an agent for Jazz, Inc. that was not authorized to accept service for Jazz plc;

WHEREAS if New York State Teamsters properly served Jazz plc with the Complaint on June 29, 2020, Jazz plc's deadline to answer or otherwise respond to the Complaint would be July 20, 2020;

WHEREAS plaintiff has instituted service of process for Jazz Pharmaceuticals plc and Jazz Pharmaceuticals Ireland Ltd. pursuant to the Hague Convention of the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (15th of November 1965) and plaintiff reserves its right to seek costs associated with effectuating service on Jazz Pharmaceuticals plc and Jazz Pharmaceuticals Ireland Ltd.;[2]

WHEREAS, Jazz has only recently retained undersigned counsel, and counsel for Jazz requires time to consider the allegations raised in the Complaint and potentially to meet and confer with counsel for New York State Teamsters regarding various issues;

---

[1] Any defendant not served with a summons and complaint does not participate in this stipulation.  By filing this stipulation, such defendant does not waive, and expressly preserves, all defenses they may raise in response to the Complaint, including jurisdictional, insufficient process, and insufficient service of process defenses.

[2] Jazz reserves its rights to oppose any such motion seeking costs associated with effectuating service on Jazz Pharmaceuticals plc and Jazz Pharmaceuticals Ireland Ltd.

1
STIPULATION REGARDING DEFENDANTS JAZZ PHARMACEUTICALS, INC. AND JAZZ PHARMACEUTICALS PLC's DEADLINE TO RESPOND TO THE COMPLAINT
CASE NO. 3:20-cv-04056-VC

WHEREAS related cases asserting claims and allegations similar to those asserted here have been filed in this Court, and extending Jazz's time to respond would facilitate the coordination and early scheduling of this matter with the related cases;

WHEREAS New York State Teamsters agrees that Jazz may have a forty-one (41) day extension through and including August 31, 2020, within which to answer or otherwise respond to the Complaint;

WHEREAS, by agreeing to this extension, Jazz is not waiving any defense, including any defenses relating to jurisdiction, service, or venue, in this or any other case;

WHEREAS, there have been no other requests for extensions of time;

WHEREAS, the extension will not alter the date of any event or deadline already fixed by Court order; and

WHEREAS, this Stipulation shall be without prejudice to any Defendant's right to seek, and New York State Teamster's right to oppose, an additional extension of time to respond to the Complaint.

NOW THEREFORE, pursuant to Local Rule 6-1(a), New York State Teamsters and Jazz through their respective counsel hereby stipulate that:

The deadline for Jazz to answer or otherwise respond to the Complaint is extended to August 31, 2020.

In the event Jazz answers or otherwise responds to a putative private class action complaint that shares a common nucleus of operative facts and law with the Complaint in this or any other court prior to August 31, 2020, Jazz shall simultaneously answer or respond to the Complaint in this action.

**IT IS SO STIPULATED.**

Dated: July 20, 2020                                          Respectfully submitted,

By: */s/ Stephen Andrews*
Stephen Andrews (State Bar No. 205961)
**WILLIAMS & CONNOLLY LLP**
725 12th Street, N.W.

Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
sandrews@wc.com

*Attorney for Defendants Jazz Pharmaceuticals, Inc. and Jazz Pharmaceuticals plc*

Dated: July 20, 2020

By:      */s/ Dena C. Sharp*
Dena C. Sharp (State Bar No. 245869)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com

*Attorney for Plaintiff New York State Teamsters Council Health and Hospital Fund*

**ATTESTATION**

I, Stephen Andrews, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

*/s/ Stephen Andrews*
Stephen Andrews

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2020, the within documents were filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in this case.

*/s/ Stephen Andrews*

Stephen Andrews
